UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LAWRENCE YOUNG, | |
| Petitioner, | |
| v. | C13-1089Z |
| STEVE SINCLAIR, | ORDER |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, docket no. 26, petitioner's objections thereto, docket no. 27, and respondent's response, docket no. 29, does hereby find and **ORDER**:

1. The Report and Recommendation is **ADOPTED**.

2. Petitioner's § 2254 habeas petition, docket no. 9, is **DENIED** and this matter is **DISMISSED** with prejudice.

3. Petitioner's motion for injunctive relief, docket no. 11, and renewed request for appointment of counsel, docket no. 25, are **DENIED**.

4. Petitioner's request for a certificate of appealability, docket no. 27, is **DENIED**.

ORDER - 1

5. The Clerk shall send copies of this Order to all counsel of record, petitioner pro se, and Magistrate Judge Tsuchida.

Dated this 13th day of February, 2014.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER - 2